IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD SCHALLER, ) | Case Number:  8:06CV276 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| MCDERMOTT & MILLER, P.C. ) | |
| EMPLOYEES PENSION PLAN, et al, ) | |
| ) | |
| Defendants. ) | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 17th day of May, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court