IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD SCHALLER, ) | CASE NO. 8:06CV276 |
|     Plaintiff, ) | |
| v. ) | |
| McDERMOTT & MILLER, P.C., ) EMPLOYEES PENSION PLAN, ) McDERMOTT & MILLER, P.C., ) BRADLEY L. FEGLEY, MICHAEL A. ) WALENZ, THOMAS B. KRUGER, ) THOMAS G. KRUGER, RUSSELL H. ) LOEWENSTEIN, and DAVID ) A. FAIMON, in their capacities as ) administrators and trustees, ) | ORDER OF DISMISSAL |
|     Defendants. ) | |

This matter is before the Court on the Stipulation For Dismissal of the parties. The Court has reviewed the stipulation and finds that it satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 45) is approved;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. Each party will pay their own costs and attorney fees.

Dated this 19th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge